Fourth Appellate Department, March, 1904. Reported. 93 App. Div. 606.

THE CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILA-DELPHIA, Appellant *v.* THE AMERICAN BREWING COMPANY, Respondent.

Judgment and orders affirmed, with costs.

All concurred.